Samuel A. Diddle, ISB #4967
EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone:   (208) 344-8535
Facsimile:   (208) 344-8542

Attorneys for Defendant OHIO NATIONAL LIFE
ASSURANCE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DANIELLE WEEKES,<br><br>       Plaintiffs,<br><br>vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, a foreign entity, and JOHN DOES, individually, DOES I through X, and JOHN DOE BUSINESS ENTITIES, DOES 1 through X,<br><br>       Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CASE FROM STATE COURT**<br><br>Jefferson County<br>Case No: CV 2010-861 |

The Defendant, Ohio National Life Assurance Corporation, an Ohio insurance company licensed to do business in the State of Idaho (hereinafter "Defendant"), respectfully alleges as follows:

1. This notice of removal is filed pursuant to 28 U.S.C. § 1446(a) and (b) for the purpose of removing this action from the Seventh Judicial District of the State of Idaho, in and for the County of Jefferson.

NOTICE OF REMOVAL OF CASE FROM STATE COURT - 1

2. On or about October 28, 2010, Defendant received notice of this action. A true and correct copy of the entire state court record and the Register of Actions is attached hereto as Exhibit A. This action was brought in the Seventh Judicial District of the State of Idaho, in and for the County of Jefferson, styled and captioned exactly as above, and assigned Case No. CV 2010-861. No other pleadings or papers have been filed in this action with the exception of a Notice of Removal to Federal Court, a copy of which is attached as Exhibit B.

3. Case No. CV 2010-861 is a civil action in which Plaintiff seeks to recover against Defendant for life insurance benefits allegedly owed under a contract of insurance. Plaintiff also asserts claims for bad faith fraud and emotional distress. Plaintiff also seeks attorneys' fees and asserts a right to punitive damages.

4. Defendant is informed and believes, and on that basis alleges, that Plaintiff is and at all relevant times has been a resident and citizen of the state of Idaho.

5. The Defendant is an Ohio corporation and maintains its principal place of business in Cincinnati, Ohio. For the purposes of removal and pursuant to 28 U.S.C. § 1332(c), Defendant is not a citizen of the state of Idaho.

6. The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs. Pursuant to 28 U.S.C. § 1332(a), the Federal District Court has jurisdiction of a civil action where the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between citizens of different states.

7. Pursuant to 28 U.S.C. § 1446(a), (b) and (d), the state court action which was commenced in the Seventh Judicial District of the State of Idaho, in and for the County of Jefferson, may be removed to the United States District Court for the District of Idaho.

8. Proper notice will be given this date to Plaintiff herein by and through his counsel of record, and to the clerk of the District Court of the Seventh Judicial District of the State of Idaho, in

NOTICE OF REMOVAL OF CASE FROM STATE COURT - 2

and for the County of Jefferson, which will be filed with the District Court of the Seventh Judicial District of the State of Idaho, in and for Jefferson County. A true and correct copy of the Notice is attached hereto as Exhibit B and by this reference incorporated as if set forth in full.

9.      As of this date, upon the information and belief of Defendant, one return of service has been filed with the Seventh Judicial District Court, Jefferson County, Idaho.

**WHEREFORE,** Defendant prays that the above-entitled action pending against it in the District Court of the Seventh Judicial District of the State of Idaho, in and for Jefferson County, be removed to this Court.

DATED this 15th day of November, 2010.

By_____/s/_____
Samuel A. Diddle, of the firm
**EBERLE, BERLIN, KADING, TURNBOW & McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone:   (208) 344-8535
Facsimile:   (208) 344-8542

*Attorneys for Defendant OHIO NATIONAL LIFE ASSURANCE CORPORATION*

NOTICE OF REMOVAL OF CASE FROM STATE COURT - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney this 15th day of November, 2010, as indicated below and addressed as follows:

| | |
|---|---|
| Brian J. Hilverda<br>Pedersen & Whitehead<br>161 5th Avenue South, Suite 301<br>P.O. Box 2349<br>Twin Falls, ID 83303-2349 | [ x ] U.S. Mail<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Fax |

/s/
Samuel A. Diddle

NOTICE OF REMOVAL OF CASE FROM STATE COURT - 4