**Samuel A. Diddle, ISB #4967**
**Neil D. McFeeley, ISB #3564**
**EBERLE, BERLIN, KADING, TURNBOW**
**& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID  83701
Telephone:     (208) 344-8535
Facsimile:      (208) 344-8542

Attorneys for Defendant OHIO NATIONAL LIFE
ASSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| DANIELLE WEEKES,<br><br>            Plaintiff,<br><br>vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, a foreign entity, and JOHN DOES, individually, DOES I through X, and JOHN DOE BUSINESS ENTITIES, DOES 1 through X,<br><br>            Defendant. | Case No.  1:10-CV-00566-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Kenneth L. Pedersen of the firm Pedersen & Whitehead, attorney for Plaintiff Danielle Weekes and Samuel A. Diddle of Eberle, Berlin, Kading, Turnbow & McKlveen, Chartered, attorney for Ohio National Life Assurance Corporation, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims and actions set forth in this matter be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

STIPULATION FOR DISMISSAL WITH PREJUDICE–**1**

DATED this 27th day of January, 2012.

                EBERLE, BERLIN, KADING, TURNBOW
                  & McKLVEEN, CHARTERED

                By        /s/
                  Samuel A. Diddle, of the firm
                  Attorneys for Defendant

DATED this 27th day of January, 2012.

                PEDERSEN & WHITEHEAD

                By        /s/
                  Kenneth L. Pedersen
                  Attorneys for Plaintiff